# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147724 & (69)

WANDA VELEZ-RUIZ, a/k/a WANDA
VELEZ RUIZ,
            Petitioner-Appellant,

v                                                            SC: 147724
                                                             COA: 314140
                                                             Wayne CC: 12-010748-AA

BOARD OF MEDICINE,
            Respondent-Appellee.

_____/

        On order of the Court, the application for leave to appeal the July 2, 2013 and August 8, 2013 orders of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2013

s1216                                                             Clerk